United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian A. Schoch, Jr.  
    Debtor

Case No. 16-14450-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　User: SaraR　　Page 1 of 1　　Date Rcvd: Sep 04, 2018  
　　　　　　　　　　　Form ID: trc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
13837895　　+Wilmington Savings Fund Society, FSB,　 c/o Selene Finance LP,　 9990 Richmond Avenue,　 Suite 400S,　 Houston, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
　　　　BRIAN CRAIG NICHOLAS　　on behalf of Creditor　 Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com,　 bkgroup@kmllawgroup.com
　　　　CHARLES　LAPUTKA　　on behalf of Debtor Brian A. Schoch, Jr. claputka@laputkalaw.com, jen@laputkalaw.com;mary@laputkalaw.com;bkeil@laputkalaw.com
　　　　LISA MARIE CIOTTI　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　MATTHEW CHRISTIAN WALDT　　on behalf of Creditor　 WILMINGTON SAVINGS FUND SOCIETY, FSB mwaldt@milsteadlaw.com,　 bkecf@milsteadlaw.com
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　WILLIAM　MILLER*R　　ecfemail@FredReigleCh13.com,　 ECF_FRPA@Trustee13.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14450-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian A. Schoch, Jr.
3619 Church Street
Slatington PA 18080

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042 | U.S. Bank Trust National Association as Trustee f Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/06/18

Tim McGrath
**CLERK OF THE COURT**