| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-14450-PMM**

BRIAN A. SCHOCH, JR.
3619 CHURCH STREET
SLATINGTON  PA    18080

Petition Filed Date: 06/22/2016
341 Hearing Date: 09/20/2016
Confirmation Date: 02/10/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $1,009.12 | | 02/19/2019 | $1,009.12 | | 03/19/2019 | $1,009.12 | |
| 04/22/2019 | $1,009.12 | | 05/20/2019 | $1,009.12 | | 06/24/2019 | $1,009.12 | |
| 07/16/2019 | $1,009.12 | | 08/14/2019 | $1,009.12 | | 09/23/2019 | $1,009.12 | Automatic Payr |
| 10/23/2019 | $1,009.12 | | 11/25/2019 | $1,009.12 | | 12/26/2019 | $1,009.12 | |
| 01/24/2020 | $1,009.12 | | 02/25/2020 | $1,009.12 | | 03/23/2020 | $1,009.12 | |
| 04/23/2020 | $1,009.12 | | 05/26/2020 | $1,009.12 | | 06/23/2020 | $1,009.12 | |
| 07/23/2020 | $1,009.12 | | | | | | | |

**Total Receipts for the Period: $19,173.28    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,401.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  003 | Unsecured Creditors | $224.49 | $0.00 | $224.49 |
| 1 | MIDLAND CREDIT MANAGEMENT INC<br>»»  001 | Unsecured Creditors | $2,475.65 | $0.00 | $2,475.65 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  002 | Unsecured Creditors | $5,632.37 | $0.00 | $5,632.37 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»»  004 | Mortgage Arrears | $51,348.56 | $41,515.78 | $9,832.78 |

**Chapter 13 Case No. 16-14450-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,401.92 | Current Monthly Payment: | $1,009.12 |
| Paid to Claims: | $41,515.78 | Arrearages: | ($1,018.88) |
| Paid to Trustee: | $3,977.93 | Total Plan Base: | $56,483.36 |
| Funds on Hand: | $908.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.