United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian A. Schoch, Jr.  
    Debtor

Case No. 16-14450-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore    Page 1 of 1    Date Rcvd: Aug 21, 2020  
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14418196      E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2020 04:14:01  
     Forethought Life Insurance Company,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250, Salt Lake City, UT 84165-0250  
                                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:  
        ANDREW M. LUBIN   on behalf of Creditor   Wilmington Savings Fund Society, FSB alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
        ANDREW M. LUBIN   on behalf of Creditor   Forethought Life Insurance Company alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        CHARLES LAPUTKA   on behalf of Debtor Brian A. Schoch, Jr. claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14450-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian A. Schoch, Jr.
3619 Church Street
Slatington PA 18080

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: Forethought Life Insurance Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/23/20

Tim McGrath
**CLERK OF THE COURT**