B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

____Eastern____ District Of __PA__

In re __Brian A. Schoch, Jr.__                     Case No. __16-14450__
                Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  06/07/2021
  ──────────────
         Date

                    _[signature]_
                    ──────────────
                         Debtor

**citrix | RightSignature**

**REFERENCE NUMBER**
490107E6-0585-4B73-BDEC-112E56333D83

# SIGNATURE CERTIFICATE

## TRANSACTION DETAILS

**Reference Number**
490107E6-0585-4B73-BDEC-112E56333D83

**Transaction Type**
Signature Request

**Sent At**
06/07/2021 13:33 EDT

**Executed At**
06/07/2021 13:38 EDT

**Identity Method**
email

**Distribution Method**
email

**Signed Checksum**
e39f3a20dbd69293ed680e08fa85a3fec88fd1413b9ab7646362d28f021989d7

**Signer Sequencing**
Disabled

**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Dso Form

**Filename**
dso_form.pdf

**Pages**
2 pages

**Content Type**
application/pdf

**File Size**
516 KB

**Original Checksum**
aaf0991a617bf610b071d04c130a8f4db8a8b3459ec4d04b5a87d88457e68a11

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Brian Schoch<br>**Email**<br>bum4087@yahoo.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>3409f14c1b6602d56146aabee30e0ee682665a581e672ce9813868988f4bf969<br>**IP Address**<br>70.15.231.75<br>**Device**<br>Chrome Mobile via Android<br>**Drawn Signature**<br><br>**Signature Reference ID**<br>F82F4B1C<br>**Signature Biometric Count**<br>249 | **Viewed At**<br>06/07/2021 13:37 EDT<br>**Identity Authenticated At**<br>06/07/2021 13:38 EDT<br>**Signed At**<br>06/07/2021 13:38 EDT |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 06/07/2021 13:33 EDT | Charles Laputka (jen@laputkalaw.com) created document 'dso_form.pdf' on Chrome via Windows from 151.197.36.32. |
| 06/07/2021 13:33 EDT | Brian Schoch (bum4087@yahoo.com) was emailed a link to sign. |
| 06/07/2021 13:37 EDT | Brian Schoch (bum4087@yahoo.com) viewed the document on Chrome Mobile via Android from 70.15.231.75. |
| 06/07/2021 13:38 EDT | Brian Schoch (bum4087@yahoo.com) authenticated via email on Chrome Mobile via Android from 70.15.231.75. |
| 06/07/2021 13:38 EDT | Brian Schoch (bum4087@yahoo.com) signed the document on Chrome Mobile via Android from 70.15.231.75. |