Certificate Number: 17082-PAE-DE-035739770

Bankruptcy Case Number: 16-14450



17082-PAE-DE-035739770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2021</u>, at <u>12:41</u> o'clock <u>PM MST</u>, <u>BRIAN A SCHOCH Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>June 8, 2021</u>

By:   <u>/s/Mary J Miller</u>

Name:   <u>Mary J Miller</u>

Title:   <u>Certified Credit Counselor</u>