United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian A. Schoch, Jr.  
    Debtor

Case No. 16-14450-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2021      Form ID: 138NEW      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian A. Schoch, Jr., 3619 Church Street, Slatington, PA 18080-3848 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 13748560 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982235, El Paso, TX 79998 |
| 13748561 | + | First Financial Investment, 3091 Governors Lake Drive Sutie 500, Norcross, GA 30071-1135 |
| 14418196 | | Forethought Life Insurance Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13748562 | + | Lehigh County Domestic Relations, 10 N. 11th Street, Allentown, PA 18101-1020 |
| 14190590 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14529849 | | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13835118 | | Email/Text: G06041@att.com | Jul 26 2021 23:31:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13763488 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:31:00 | Midland Credit Management, Inc., agent for Asset Acceptance, LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 13748563 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:31:00 | Midland Funding, 8875 Aero Drive Ste. 200, San Diego, CA 92123-2255 |
| 13774330 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:31:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13748564 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:34:05 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 13837895 | + | Email/Text: bkteam@selenefinance.com | Jul 26 2021 23:30:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400S, Houston, TX 77042-8500 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Forethought Life Insurance Company alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor Wilmington Savings Fund Society  FSB alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Brian A. Schoch  Jr. claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Brian A. Schoch, Jr.
    Debtor(s)

Bankruptcy No: 16−14450−pmm
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/26/21

34 − 33
Form 138_new